IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>**KATHRYN NICHOLE DAHLIN,**<br>     Debtor | § § § § § § | **CASE NO. 16-36169-H1-7** |
| **KATHRYN NICHOLE DAHLIN,**<br>     Plaintiff<br>vs.<br>**MARK A. DAHLIN,**<br>     Defendant | § § § § § § § § § § § § | **ADVERSARY NO. 17-03425** |

### JOINT MOTION TO DISMISS
### ADVERSARY PROCEEDING WITH PREJUDICE

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW Kathryn Nichole Dahlin, Plaintiff, and Mark A. Dahlin, Defendant, to file this *Joint Motion to Dismiss Adversary Proceeding with Prejudice* pursuant to the terms of the *Application to Compromise Controversy with the Dales, the Debtor and Mr. Dahlin* (Case 16-36169-H1-7, Docket No. 335), the *Agreed Order Granting Trustee's Motion to Compromise Controversy with the Dales, the Debtor and Mr. Dahlin* (Case 16-36169-H1-7, Docket No. 336) and the *Global Settlement Agreement* that was attached to each of those pleadings (Case 16-36169-H1-7, Docket No. 335-1 (Exhibit 1), and Docket No. 336 (Exhibit 1). A copy of the *Agreed Order Granting Trustee's Motion to Compromise Controversy with the Dales, the Debtor and Mr. Dahlin*

(Case 16-36169-H1-7, Docket No. 336) has been filed in this Adversary Proceeding (Adversary 17-03425, Docket No. 31).

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Kathryn Nichole Dahlin, Plaintiff, and Mark A. Dahlin, Defendant, jointly request that this Adversary Proceeding be dismissed with prejudice and that this Adversary Proceeding be closed.

Respectfully Submitted,

**MANN LAW FIRM PLLC**

By: /s/ June A. Mann
June A. Mann
Texas Bar No. 12928400
Federal I.D. 3606
jmann@mannlawtexas.com
David Aaron DeSoto / TBA No. 00790585
Mann Law Firm PLLC
3104 Edloe Street, Suite 201
Houston, Texas 77027
(713) 893-8961 Direct
(281) 500-6995 Facsimile
**COUNSEL FOR DEFENDANT,
MARK A. DAHLIN**

**ATTORNEY DONALD WYATT PC**

By: /s/ Donald L. Wyatt, Jr.
Donald L. Wyatt, Jr.
Texas Bar No. 24039262
Federal I.D. 34800
don.wyatt@wyatt.com
26418 Oak Ridge Drive
The Woodlands, Texas 77380
(281) 419-8733 Phone
(281) 419-8703 Facsimile
**COUNSEL FOR PLAINTIFF,
KATHRYN NICHOLE DAHLIN**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Joint Motion to Dismiss Adversary Proceeding with Prejudice* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail as stated herein on March 4, 2019.

      /s/ June A. Mann
      June A. Mann


**COUNSEL FOR PLAINTIFF**
**(via electronic notice CM/ECF)**
Donald L. Wyatt, Jr.
26418 Oak Ridge Drive
The Woodlands, TX 77380


**DEBTOR**
**(via electronic notice CM/ECF )**
Kathryn Nichole Dahlin
20506 Riverside Pines Drive
Atascocita, TX 77346